UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

COREY M. ADAMS,
            Plaintiff                                    CIVIL ACTION NO.

VS.

LOUISIANA DEPARTMENT OF CORRECTIONS (LDOC),
MICHAEL HOWARD, CHAD DARBONNE
GAUTHIER,              GOODY, LUKE RHEAMS,
JOHN ORR, MATTHEW GAMBLE, THOMAS STERLING,
CHARLES GOODEN, ROGER YOUNG, JEREMY MCKEY,
JAMES ARNOLD, TOBY        , MICHAEL LOLLIS,
JARVUS CALLAHAN, JANE DOE, GABRIEL
HERBERT,        defendants RANDY LAVESPERE,
TRACEY FALGOUT
                    defendants

SUMMONS

To: Louisiana Department of corrections (LDOC), Michael Howard, chad Darbonne,
    Gauthier,              Goody, Luke Rheams, John orr, matthew Gamble,
  Thomas Sterling, charles Gooden, Roger Young, Jeremy Mckey, James Arnold,
  Toby        , michael Lollis, Jarvus callahan, Jane Doe, Gabriel
  Herbert, Tracey Falgout, Randy Lavespere.

    A lawsuit has been filed against you.
    Within 21 days after service of Summons on you (not counting the day you
received it), you must serve on the plaintiff an answer to the attached complaint
or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion
must be served on the plaintiff, corey Adams whose address is Louisiana State
penitentiary, Angola, Louisiana 70712. If you fail to do so, judgment by default
will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

Date _____


                                    _____
                                        clerk of court

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

COREY M. ADAMS                                        CIVIL ACTION NO.
vs,          Plaintiff
LOUISIANA DEPARTMENT OF CORRECTIONS (LDOC),
MICHAEL HOWARD, CHAD DARBONNE,
GAUTHIER,           GOODY, LUKE RHEAMS, JOHN ORR,
MATTHEW GAMBLE, THOMAS STERLING, CHARLES
GOODEN, ROGER YOUNG, JEREMY MCKEY, JAMES ARNOLD,
TOBY          , MICHAEL LOLLIS, JARVUS CALLAHAM,
JANE DOE, GABRIEL   HERBERT, defendants RANDY LAVESPERE,
TRACEY FALGOUT          Defendants

        Notice of a lawsuit and Request to waiver service of Summons
To: Louisiana Department of corrections, Michael michael Howard, chad Darbonne,
        Gauthier,           Goody, Luke Rheams, John orr, Matthew Gamble,
    Thomas sterling, charles Gooden, Roger Young, Jeremy McKey, James Arnold,
    Toby       , michael Lollis, Jarvus callahan, Jane Doe, Gabriel   Herbert,
    Randy Lavespere, Tracey falgout.
        why are you getting this?
        A lawsuit has been filed against you, or the entity you represent, in this court
under the number shown above. A copy of the complaint is attached.
        This is not a summons, or an official notice from the court. It is a request
that, to avoid expenses, you waive formal service of a summons by signing and
returning the enclosed waiver. To avoid these expenses, you must return the signed
waiver within 30 days (unless defendant is outside any Judicial District of the

united states, than than 60 days) from the date shown above below, which is the
date this notice was sent. Two copies of the waiver form are enclosed, along
with a stamped, self-addressed envelope or other prepaid means for returning
one copy. You may keep the other copy.
        what happens next?
        If you return the signed waiver, I will file it with the court. The action will
then proceed, as if you had been served on the date the waiver is filed, but no
summons will be served on you and you will have 60 days from the date this
notice is sent (see the date below) to answer the complaint (or 90 days if this
notice is sent to you outside any judicial district of the united states.
        If you do not return the signed waiver within the time indicated, I will arrange
to have the summons and complaint served on you. And I will ask the court to
require you, or the entity you represent, to pay the expenses of making service.
        I certify that this request is being sent to you on the date below.


Date: