UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

COREY MARQUEE ADAMS (#357624)

VERSUS

LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.

CIVIL ACTION

22-20-SDD-RLB

## RULING

The Court has carefully considered the record, the *Motion*,[1] the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated January 3, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (R. Doc. 16) is granted, dismissing the plaintiff's claims against defendant Callihan, with prejudice. This matter be referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana the 7th day of February, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 16.
[2] Rec. Doc. 23.