# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

COREY MARQUEE ADAMS (#357624)

VERSUS

LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.

CIVIL ACTION

22-20-SDD-RLB

## RULING

The Court has carefully considered the record, the *Motion*,[1] the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated February 6, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (R. Doc. 19) is granted, in part, dismissing the plaintiff's § 1983 claims (1) for monetary damages asserted against the defendants in their official capacities, (2) retaliation, (3) unconditional conditions of confinement, (4) denial of access to the courts, (5) failure to respond to his grievances and/or informal complaints, (6) for deliberate indifference asserted against defendants Howard, Gauthier, Darbonne, Dr. Gamble, B. Gooden, and McKey, (7) all claims asserted against defendants Louisiana Department of Public Safety and Corrections, Sterling, Hebert, Arnold, Lavespere, Falgout, and Rheams, and (8) any claims the plaintiff is attempting to bring on behalf of other inmates, with prejudice.

---

[1] Rec. Doc. 19.
[2] Rec. Doc. 27.

**IT IS FURTHER ORDERED** that the plaintiff's ADA/RA claims asserted against the individual defendants, in both their individual and official capacities, are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the plaintiff's claims against defendant Jane Doe are dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings herein regarding the plaintiff's claims § 1983 for (1) failure to protect on the part of defendant Howard, (2) deliberate indifference on the parts of defendants C. Gooden, Young, Toby, Lollis, and Orr, and (3) use of excessive force by defendant Orr; and the plaintiff's ADA/RA claims asserted against the Louisiana Department of Public Safety and Corrections.

Signed in Baton Rouge, Louisiana the 8 day of March, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**