**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Corey Adams,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>Louisiana Dep't of Corrections, *et al.*<br><br>　　　　　Defendants. | Civil Action No. 3:22-cv-00020-SDD-RLB |

## <u>EXHIBIT LIST FOR MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE</u>

In R. Doc. 141, the Court directed Plaintiff to resubmit his exhibits to his Motion for

Extension of Time to Effect Service, with an exhibit number and short description. The Court

directed that the main document for this event shall be an exhibit list of the exhibits being

attached. This is that exhibit list.

**Exhibit A** (Declaration of Sarah Purtill regarding efforts to serve Defendant Tolbert)

**Exhibit A-1** (Ex. to Declaration of Sarah Purtill, Proof and Affidavit of Process Server)

Respectfully submitted,

*/s/ William Most*
William Most (La. Bar No. 36914)
Caroline Gabriel (La. Bar No. 38224)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Telephone: (504) 509-5023
Email: williammost@gmail.com

Elizabeth A. Edmondson
Sarah A. Purtill
Julius J. Mitchell*
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: (212) 891-1600

1

EEdmondson@jenner.com
SPurtill@jenner.com
Julius.Mitchell@jenner.com

Kenneth D. Beale
Kara V. Brandeisky
Emanuel Powell III
JENNER & BLOCK LLP
1099 New York Ave NW # 900
Washington, DC 20001
Telephone: (202) 639-6000
KBeale@jenner.com
KBrandeisky@jenner.com
EPowell@jenner.com

*Attorneys for Plaintiffs*

*\*Pro hac vice motion forthcoming*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2024 a true and correct copy of the foregoing was filed on the

Court's CM/ECF document filing system, which will cause electronic notification of the filing to

be sent to all counsel of record filed with the Clerk of the Court.


/s/
William Most