UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Corey Marquee Adams,<br><br>    Plaintiff,<br><br>VERSUS<br><br>Louisiana Department of Corrections, et al.,<br><br>    Defendants. | Civ. Case No. 22-cv-00020-SDD-RLB |

**DEFENDANTS' MOTION FOR MENTAL EXAMINATION PURSUANT TO F.R.C.P. 35**

Pursuant to Fed. R. Civ. P. 35, the Defendants, the Louisiana Department of Public Safety and Corrections ("LDPSC") and Michael Howard, move for an order for a mental health evaluation of the Plaintiff, Corey Adams ("Adams") in this case as follows:

1.

On January 10, 2022, Plaintiff, Corey Adams (DOC #357624), an inmate sentenced to the custody of the Louisiana Department of Public Safety and Corrections, filed this lawsuit against numerous Defendants, pursuant to 42 U.S.C. § 1983, the American Disabilities Act, 42 U.S.C 12101, et seq. (the "ADA") and Section 504 of the Rehabilitation Act, 29 U.S. 794 (the "RA") [R. Doc. 1.]

2.

Plaintiff alleges that Defendant, Michael Howard, violated his Eighth Amendment right to be free from cruel and unusual punishment due to a failure to protect stemming from alleged events on October 6, 2020.

3.

Plaintiff further alleges that between October 6, 2020 and December 29, 2020, Defendant, Louisiana Department of Public Safety and Corrections, violated the American with Disabilities

Act/Rehabilitation Act regarding Plaintiff's housing placement.

4.

As such, the Plaintiff has placed his mental condition in controversy in this matter.

5.

Fed. R. Civ. P. 35 allows for the Court to enter an order to have a party or a person under the custody or control of a party submit to a mental examination provided that said persons' mental condition is "in controversy" and that the requesting party can show "good cause."

6.

Plaintiff has been examined by his own expert for at least 6 hours. ECF No. 155. The Court granted an extension of time for his expert to submit a report on the basis of Plaintiff's representation that additional time was needed to examine Plaintiff before submitting a report. ECF No. 156. Accordingly, there is good cause for Defendants to be granted equivalent discovery by their expert.

7.

The Defendants seek an order to conduct a mental health examination by their chosen expert.

8.

Prior to filing this Motion, Defendants sought consent from Plaintiff's counsel for the requested examination. Plaintiff's counsel has consented to the requested examination to be conducted upon approval of the Court.

8.

Defendants respectfully request an order that the Plaintiff submit to a mental examination requested herein.

Dated: April 2, 2025.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

By:  */s/ Connell Archey*
Connell L. Archey, La. Bar Roll No. 20086
Connell.Archey@butlersnow.com
Allena W. McCain, La. Bar Roll No. 38830
Allena.McCain@butlersnow.com

**Butler Snow, LLP**
445 North Boulevard, Suite 300
Baton Rouge, Louisiana 70802
Phone: (225) 325-8700
Fax: (225) 325-8800
**Counsel for Defendants**

## CERTIFICATE

I hereby certify that on the 2nd day of April 2025, the undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*/s/ Connell Archey*
Connell Archey

92730155.v1