UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Corey Marquee Adams, | : |
| Plaintiff, | : Civ. Case No. 22-cv-00020-SDD-RLB |
| VERSUS | : |
| Louisiana Department of Corrections, et al., | : |
| Defendants. | : |

# ORDER

Considering the foregoing Motion for Mental Health Examination filed on behalf of the Defendants, the Louisiana Department of Safety and Corrections and Michael Howard:

**IT IS ORDERED** that Plaintiff, Corey Adams, submit for a mental health examination by Defendant's expert psychiatrist.

Baton Rouge, Louisiana, this ___ day of _____, 20____.

_____
**MAGISTRATE JUDGE RICHARD L. BOURGEOIS
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**