UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Corey Marquee Adams, | : |
| Plaintiff, | : Civ. Case No. 22-cv-00020-SDD-RLB |
| VERSUS | : |
| Louisiana Department of Corrections, et al., | : |
| Defendants. | : |

**DEFENDANTS' MOTION FOR MENTAL EXAMINATION PURSUANT TO F.R.C.P. 35**

Pursuant to Fed. R. Civ. P. 35, the Defendants, the Louisiana Department of Public Safety and Corrections ("LDPSC") and Michael Howard, move for an order for a mental health evaluation of the Plaintiff, Corey Adams ("Adams") in this case as follows:

1.

On January 10, 2022, Plaintiff, Corey Adams (DOC #357624), an inmate sentenced to the custody of the Louisiana Department of Public Safety and Corrections, filed this lawsuit against numerous Defendants, pursuant to 42 U.S.C. § 1983, the American Disabilities Act, 42 U.S.C 12101, et seq. (the "ADA") and Section 504 of the Rehabilitation Act, 29 U.S. 794 (the "RA") [R. Doc. 1.]

2.

Plaintiff alleges that Defendant, Michael Howard, violated his Eighth Amendment right to be free from cruel and unusual punishment due to a failure to protect stemming from alleged events on October 6, 2020.

3.

Plaintiff further alleges that between October 6, 2020 and December 29, 2020, Defendant, Louisiana Department of Public Safety and Corrections, violated the American with Disabilities

Act/Rehabilitation Act regarding Plaintiff's housing placement.

4.

As such, the Plaintiff has placed his mental condition in controversy in this matter.

5.

Fed. R. Civ. P. 35 allows for the Court to enter an order to have a party or a person under the custody or control of a party submit to a mental examination provided that said persons' mental condition is "in controversy" and that the requesting party can show "good cause."

6.

Plaintiff has been examined by his own expert for at least 6 hours. ECF No. 155. The Court granted an extension of time for his expert to submit a report on the basis of Plaintiff's representation that additional time was needed to examine Plaintiff before submitting a report. ECF No. 156. Accordingly, there is good cause for Defendants to be granted equivalent discovery by their expert.

7.

The Defendants respectfully request that Plaintiff submit for a mental health examination by Defendant's expert psychiatrist, Dr. Joseph Penn. The mental health examination will occur over Zoom teleconferences, with Plaintiff presenting from Louisiana State Penitentiary. Dr. Penn will conduct his examination according to his schedule and Louisiana State Penitentiary's availability between April 9, 2025 and April 14, 2025 in multiple successive meetings, with the first session to be held on April 9, 2025 from 8:00 am-10:00 am. Defendants respectfully request approval for successive meetings up to a total of six (6) hours, which is the same amount of time Plaintiff's expert met with Plaintiff to prepare her report.

8.

The requested mental health examination will consist of a personal, medical, and legal history as well as a mental status examination. There will be no physical examination or structured

psychological testing, though Dr. Penn may request to view scars, tattoos, or other physical stigmata as part of his examination. The examination will be conducted, interpreted, and reported by Dr. Penn individually.

9.

Prior to filing this Motion, Defendants sought consent from Plaintiff's counsel for the requested examination. Plaintiff's counsel has consented to the requested examination to be conducted upon approval of the Court.

10.

Defendants respectfully request an order that grants the Plaintiff to submit to a mental examination requested herein.

Dated: April 4, 2025.

    Respectfully submitted,

    **JEFF LANDRY**
    **ATTORNEY GENERAL**

By:   */s/ Connell Archey*_____
    Connell L. Archey, La. Bar Roll No. 20086
    Connell.Archey@butlersnow.com
    Allena W. McCain, La. Bar Roll No. 38830
    Allena.McCain@butlersnow.com

    **Butler Snow, LLP**
    445 North Boulevard, Suite 300
    Baton Rouge, Louisiana 70802
    Phone: (225) 325-8700
    Fax: (225) 325-8800
    **Counsel for Defendants**

## **CERTIFICATE**

  I hereby certify that on the 4th day of April, I electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

          */s/ Connell Archey*
          Connell Archey

92730155.v1

- 4 -