**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Corey Marquee Adams,                              :
                                                  :
    Plaintiff,                 :    Civ. Case No.  22-cv-00020-SDD-RLB
                                                  :
VERSUS                                            :
                                                  :
Louisiana Department of Corrections, et al.,      :
                                                  :
    Defendants.                :

## ORDER

Considering the foregoing Motion for Mental Health Examination filed on behalf of the Defendants, the Louisiana Department of Safety and Corrections and Michael Howard:

**IT IS ORDERED** that Plaintiff, Corey Adams, submit for a mental health examination by Defendant's expert psychiatrist, Dr. Joseph Penn.  The mental health examination will occur over Zoom teleconferences, with Plaintiff presenting from Louisiana State Penitentiary. Dr. Penn is authorized to conduct his examination according to his schedule and Louisiana State Penitentiary's availability between April 9, 2025 and April 14, 2025 in multiple successive meetings, up to 6 hours total. The first session will be held on April 9, 2025 from 8:00 am -10:00 am. The mental health examination shall consist of a personal, medical, and legal history as well as a mental status examination.  There will be no physical examination or structured psychological testing, though Dr. Penn may request to view scars, tattoos, or other physical stigmata as part of his examination. The examination will be conducted, interpreted, and reported by Dr. Penn.

Baton Rouge, Louisiana, this ___ day of _____, 20____.


_____
**MAGISTRATE JUDGE RICHARD L. BOURGEOIS**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**