**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Corey Adams<br><br>    Plaintiff,<br><br>v.<br><br>Louisiana Dep't of Corrections,<br><br>    Defendant. | Civil Action No. 3:22-cv-00020-SDD-RLB |

**ORDER**

Considering the foregoing *Plaintiff's Unopposed Motion for Continuance of Trial*, **IT IS HEREBY ORDERED that the Motion is GRANTED.** The trial date set for November 3, 2025 is hereby cancelled and re-set for January 20, 2026 to January 23, 2026 at 9:00 a.m.

**SIGNED** in Baton Rouge, Louisiana, this  23  day of October, 2025.

_____
JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1