## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Corey Adams<br><br>      Plaintiff,<br><br>v.<br><br>Louisiana Dep't of Corrections, *et al.*<br><br>      Defendants. | Civil Action No. 3:22-cv-00020-SDD-RLB |

### ORDER ON UNOPPOSED MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR THE ATTENDANCE AT TRIAL OF PLAINTIFF COREY ADAMS

Considering the forgoing *Unopposed Motion for Writ of Habeas Corpus Ad Testificandum for the Attendance at Trial of Plaintiff Corey Adams*,

**IT IS HEREBY ORDERED** that Warden Darrel Vannoy of the Louisiana State Penitentiary in Angola, Louisiana produce Corey Adams (DOC No. 357624) to testify at a jury trial before Judge Shelly D. Dick scheduled to begin at 9:00 a.m. on January 20, 2026.

**SIGNED** in Baton Rouge, Louisiana, this 13th day of January, 2026.

_____
JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1

USM-Certified