# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COREY MARQUEE ADAMS** | : | CIVIL ACTION<br>NO. 22-20-SDD-RLB |
| **VERSUS** | : | JUDGE SHELLY D. DICK |
| **LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL** | : | MAGISTRATE JUDGE<br>RICHARD L. BOURGEOIS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOW INTO COURT**, through undersigned counsel, comes defendant, Louisiana Department of Public Safety and Corrections, who respectfully moves this Honorable Court for an Order enrolling Joshua C. Populus (Bar Roll No. 38870) of the law firm Butler Snow, LLP, as additional counsel of record on behalf of the defendant.

                      Respectfully Submitted,

                      **JEFF LANDRY**
                      **ATTORNEY GENERAL**

**BY:**    */s/ Connell L. Archey*
           **Connell L. Archey** (La. Bar No. 20086)
           **Joshua C. Populus** (La. Bar No. 38870)
           connell.archey@butlersnow.com
           joshua.populus@butlersnow.com

           **Butler Snow, LLP**
           445 North Boulevard, Suite 300
           Baton Rouge, LA 70802
           Telephone: (225) 325-8700
           Facsimile: (225) 325-8800

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this day served the foregoing document with the Clerk of the Court using the Court's electronic filing system, which sent notification of such filing to the following counsel of record:

    Elizabeth A. Edmondson
    Kenneth D. Beale
    Kara V. Brandeisky
    Sarah A. Purtill
    Molly R. Oberstein-Allen
    Kevin K. Si
    Jenner & Block LLP
    353 N. Clark St.
    Chicago, IL 60654
    eedmondson@jenner.com
    kbeale@jenner.com
    kbrandeisky@jenner.com
    spurtill@jenner.com
    mobersteinallen@jenner.com
    ksi@jenner.com

    William Brock Most
    Caroline Gabriel
    Most & Associates
    201 St. Charles Ave
    Suite 2500 #9685
    New Orleans, LA 70170
    williammost@gmail.com
    caroline.gabriel.ma@gmail.com

Baton Rouge, Louisiana, this 16th day of January, 2026.

                                       */s/ Connell L. Archey*

99183891.v1