UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY**
**JANUARY 20, 2026**
**CHIEF JUDGE SHELLY D. DICK**

**COREY MARQUEE ADAMS**

**VERSUS**

**LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.**

**CIVIL NUMBER**

**22-20-SDD-RLB**

This matter came before the court for a trial by jury.

**PRESENT:** **Kara Brandeisky, Esq.**
**Sarah Ann Purtill, Esq.**
**Molly Oberstein-Allen, Esq.**
**Kevin K. Si, Esq.**
**Counsel for Plaintiff**

**Connell Lee Archey, Esq.**
**Joshua Populus, Esq.**
**Counsel for Defendant**

Case is called.

Counsel make appearances.

The panel of jurors enter the courtroom, are sworn on *voir dire* and questioned by the Court.

Jury is selected and sworn.

Court gives preliminary instructions.

Counsel make opening statements.

Plaintiff, Corey Marquee Adams, is sworn and testifies.

Dr. Jennifer Bundrick is sworn, tendered, accepted as an expert in forensic psychiatry, and testifies.

Court recesses until Wednesday, January 21, 2026, at 9:00 a.m.

\* \* \* \* \*

Reporter/Shannon Thompson
C:CV 23; T 6 hrs.