# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY**
**JANUARY 21, 2026**
**CHIEF JUDGE SHELLY D. DICK**

**COREY MARQUEE ADAMS**

**VERSUS**

**LOUISIANA DEPARTMENT OF**
**CORRECTIONS, ET AL.**

**CIVIL NUMBER**

**22-20-SDD-RLB**

The jury trial of this matter continues.

**PRESENT:   Kara Brandeisky, Esq.**
**Sarah Ann Purtill, Esq.**
**Molly Oberstein-Allen, Esq.**
**Kevin K. Si, Esq.**
**Counsel for Plaintiff**

**Connell Lee Archey, Esq.**
**Joshua Populus, Esq.**
**Counsel for Defendant**

Dr. Jennifer Bundrick resumes her testimony.

Ashli Oliveaux is sworn and testifies.

Plaintiff rests.

Outside the presence of the jury, counsel for Defendants moves for Rule 50 Judgment as a Matter of Law.  Counsel make arguments.  For oral reasons given, Court DENIES the motion.

Jury returns to the courtroom.

Dr. Joseph Penn is sworn, tendered, accepted as an expert in correctional and forensic psychiatry and testifies.

Ashli Oliveaux, having been previously sworn, testifies.

Maghen Shipley is sworn and testifies.

Exhibits filed.

Court recesses until Thursday, January 22, 2026, at 9:00 a.m.

*  *  *  *  *

Reporter/Shannon Thompson
 C:CV 23; T 6 hrs.