UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**COREY MARQUEE ADAMS**

**VERSUS**

**LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.**

**CIVIL NUMBER**

**22-20-SDD-RLB**

## ORDER

Considering the jury began their deliberations on January 22, 2026,

**IT IS ORDERED** that the Clerk of Court for the Middle District of Louisiana shall provide lunch for the jurors on Thursday, January 22, 2026.

Signed in Baton Rouge, Louisiana on January 22, 2026.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**