UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

COREY MARQUEE ADAMS

VERSUS

LOUISIANA DEPARTMENT OF
CORRECTIONS, ET AL.

CIVIL ACTION

22-20-SDD-RLB

## VERDICT FORM

**As to Liability:**

We the jury find that the Plaintiff, Corey Adams:

1. proved by a preponderance of the evidence that he had a disability between October 6, 2020, and December 29, 2020?

    YES: __X__   NO: _____

2. proved by a preponderance of the evidence that Defendant Louisiana Department of Public Safety and Corrections knew of his disability between October 6, 2020, and December 29, 2020?

    YES: __X__   NO: _____

3. proved by a preponderance of the evidence that between October 6, 2020, and December 29, 2020, Defendant Louisiana Department of Public Safety & Corrections discriminated against Plaintiff by failing to make reasonable accommodations in its policies, practices, or procedures thus excluding Corey Adams from participation in, or denying him benefits of services, programs, or activities for which Defendant is responsible?

    YES: _____   NO: __X__

*If you answered "yes" to **all** questions 1, 2, or 3, proceed to question 4.*

*If you answered "no" to **either** question 1, 2, or 3, go to the last page and sign and date this form.*

**As to Injury:**

We the jury find that the Plaintiff, Corey Adams:

4. proved by a preponderance of the evidence that he suffered a physical injury as a result of Defendant Louisiana Department of Public Safety and Corrections' failure to accommodate his disability between October 6, 2020, and December 29, 2020?

    YES: _____  NO: _____

*If you answered "yes" to question 4, proceed to question 5.*

*If you answered "no" to question 4, go to the last page and sign and date this form.*

**As to Damages:**

We the jury find that the Plaintiff, Corey Adams:

5. proved by a preponderance of the evidence that Defendant Louisiana Department of Public Safety and Corrections intentionally discriminated against him between October 6, 2020, and December 29, 2020?

    YES: _____  NO: _____

*If you answered "yes" to question 5, proceed to question 6.*

*If you answered "no" to question 5, go to the last page and sign and date this form.*

6. What amount of money would fairly compensate Plaintiff Corey Adams for the harms he has suffered as a result of Defendant Louisiana Department of Public Safety and Corrections' failure to accommodate his disability?

    $ _____

Have the Foreperson sign and date this verdict form and tell the Court Security Officer that you have reached a verdict.

SO SAY WE ALL on January __22__, 2026, in Baton Rouge, Louisiana.

*Elizabeth Sh_____*
JURY FOREPERSON